# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA RAIMONDI,** | : | No. 3:14cv1918 |
| Plaintiff | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **WYOMING COUNTY, THOMAS S.** | : | |
| **HENRY, JUDY KRAFT MEAD and** | : | |
| **RONALD P. WILLIAMS,** | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 15th day of April 2015, defendants' motion to dismiss Counts Two, Three and Four of plaintiff's complaint (Doc. 7) is **GRANTED**. These counts are **DISMISSED** with prejudice. The court further **ORDERS** that the plaintiff's request for punitive damages under the Family Medical Leave Act is **STRICKEN**.

                                              **BY THE COURT:**

                                              **James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**