# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA RAIMONDI,** | : | No. 3:14cv1918 |
|     **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **WYOMING COUNTY, THOMAS S.** | : | |
| **HENRY, JUDY KRAFT MEAD and** | : | |
| **RONALD P. WILLIAMS,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 24th day of May 2016, Plaintiff Debra Raimondi's motion for partial summary judgment (Doc. 24) is **GRANTED**.

                      **BY THE COURT:**

                      **s/ James M. Munley**
                      **JUDGE JAMES M. MUNLEY**
                      **United States District Court**