IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA RAIMONDI,** : | No. 3:14cv1918 |
| Plaintiff : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **WYOMING COUNTY, THOMAS S. HENRY, JUDY KRAFT MEAD and RONALD P. WILLIAMS,** : | |
| Defendants : | |

## ORDER

**AND NOW**, to wit, this 2nd day of November 2016, plaintiff's motion in limine (Doc. 45) is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's motion to preclude the defendants' former solicitor from testifying at trial is **GRANTED** as unopposed;

2. Plaintiff's motion to preclude evidence of her ongoing criminal investigation from trial is **DENIED**. The court, however, will grant the parties ninety (90) days to conduct discovery pertaining to this issue;

3. Plaintiff's motion to preclude defendants' expert from trial is **DENIED**; and

4. Plaintiff's motion to preclude from trial evidence of her disciplinary history while employed by defendants is **DENIED**.

                                                  BY THE COURT:

                                                  s/ James M. Munley
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**